ROBERT INNIS AND ROBERT GRANT *versus* JACOB VISGER

JOURNAL ENTRIES (1822–31): *Journal 3:* (1) Motion for leave to enter security for costs *p. 294; (2) motion to file bond for costs nunc pro tunc granted, time given to answer *p. 375; (3) death suggested *p. 437. *Journal 4:* (4) Suit revived, rule to answer MS p. 54; (5) continued MS p. 72; (6) motion for hearing on bill and answer MS p. 98; (7) continued MS p. 113; (8) argument opened MS p. 283; (9) argument closed, case submitted MS p. 284; (10) argument heard, reference to master MS p. 373; (11) motion to confirm master's report MS p. 376; (12) master's report confirmed nisi MS p. 378; (13) motion for leave to amend answer MS p. 393; (14) decree passed nisi MS p. 404; (15) decree made absolute, signed MS p. 430.
PAPERS IN FILE: [None]
*Chancery Case* 32 of 1822.

JOHN RICHARDSON, ATTORNEY OF ALEXANDER SHAND, JOHN SHAND AND JOHN SHARP, EXECUTORS, ETC., OF GEORGE SHARP, DECEASED, *versus* PIERRE GAGNIER, ADMINISTRATOR, ETC., OF JACQUES GAGNIER, DECEASED, BARTHOLOMIE GAGNIER, AUGUSTIN GAGNIER, LOUIS MOMINIE, JOSEPH MOMINIE, JOSEPH VALLIQUET AND JOSETTE GAGNIER

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 295. *Chancery Journal:* (2) Dismissed *p. 54.
PAPERS IN FILE: [None]
*Chancery Case* 21 of 1821.